UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AQEELAH T. ABDUL-RAHIM,                :
                      Plaintiff,     :
                                     :   22 Civ. 10417 (LGS)
         -against-           :
                                     :   __ORDER__
UNIFUND CCR, LLC,                       :
                      Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant filed a motion to dismiss on January 24, 2023;

    WHEREAS, pursuant to the Order dated January 9, 2023, the deadline for Plaintiff to file any opposition was February 8, 2023;

    WHEREAS, no opposition was filed.  It is hereby

    **ORDERED** that, by **February 13, 2023**, Plaintiff shall file any opposition to Defendant's motion to dismiss.  If Plaintiff does not do so, the motion will be considered unopposed.

Dated: February 9, 2023
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**